25405. McDANIEL *v.* CITY OF DUBLIN.

BROYLES, C. J. The untraversed answer of the trial magistrate shows that the defendant's conviction was amply authorized by the evidence. The special assignments of error, as contained in the petition for certiorari, are without merit, and the judge of the superior court did not err in overruling the certiorari and refusing a new trial.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED FEBRUARY 7, 1936.

*T. E. Hightower, R. I. Stephens,* for plaintiff in error.